# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1933
Lower Tribunal No. 2019CA-1402

_____

JTB HORIZONS, LLC,

Appellant,

v.

F.I.R.E. RESOURCES, INC., SHAN MERALI, SYNERGY RENTS, LLC, and
MASHCHMEYER CONCRETE COMPANY OF FLORIDA,

Appellees.

_____

Appeal pursuant to Fla. R. App. 9.130 from the Circuit Court for Polk County.
Larry Helms, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.


Joshua K. Brown, of Peterson & Myers, P.A., Lakeland, for Appellant.

Brandon Meadows, of Jimerson Birr, P.A., Jacksonville, for Appellees, F.I.R.E. Resources, Inc. and Shane Merali.

No Appearance for Appellees, Synergy Rents, LLC and Mashchmeyer Concrete Company of Florida.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED